# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**UMG RECORDINGS, INC., ET AL.**
*Plaintiff*

v.

**SUNO, INC., ET AL.**
*Defendant*

Civil Action No.: **1:26−CV−14275−FDS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Melonie Cooke**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

**ISSUED ON 2026−09−18 11:59:13**, Clerk USDC DMA

Civil Action No.: **1:26−CV−14275−FDS**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ________________________________

was received by me on (date)___________________.

☐ I personally served the summons on the individual at (place)______________________________

____________________________________on (date)_________________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____________

______________________________, a person of suitable age and discretion who resides there,

on (date) _________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)________________________________ , who is

designated by law to accept service of process on behalf of (name of organization)_____________

_____________________________________________ on (date) _______________; or

☐ I returned the summons unexecuted because_______________________________________ ; or

☐ Other (specify) :

My fees are $ ________ for travel and $_________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

___________________
Date

_______________________________________
*Server's Signature*

_______________________________________
*Printed name and title*

_______________________________________
*Server's Address*

Additional information regarding attempted service, etc: