**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 1:26-cv-14275 |

**NOTICE OF APPEARANCE**

Please notice my appearance as counsel for Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Sony Music Entertainment; Alamo Records, LLC; Arista Music; Arista Records, LLC; LaFace Records, LLC; Records Label, LLC; Sony Music Entertainment US Latin, LLC; Ultra Records, LLC; Volcano Entertainment III, LLC; and Zomba Recording LLC.

Respectfully submitted,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: September 18, 2026