**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,

Plaintiffs,

v.

SUNO, INC. and JOHN DOES 1-10,

Defendants.

Civil Action No. 1:26-cv-14275-FDS

**NOTICE OF APPEARANCE**

Please enter the appearance of Shlomo Fellig of Latham & Watkins LLP, 200 Clarendon Street, Boston, MA 02116 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Shlomo Fellig*
Shlomo Fellig (BBO #699643)
**LATHAM & WATKINS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
shlomo.fellig@lw.com

*Counsel for Defendant Suno, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 20, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig