**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS |

**<u>MOTION FOR BRITTANY N. LOVEJOY, ANDREW M. GASS, JOSEPH R. WETZEL, IVANA DUKANOVIC, AND GRACE MCLAUGHLIN TO APPEAR *PRO HAC VICE*</u>**

The undersigned, counsel for Defendant Suno, Inc. ("Suno") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Brittany N. Lovejoy, Andrew M. Gass, Joseph R. Wetzel, Ivana Dukanovic, and Grace McLaughlin of Latham & Watkins LLP be permitted to appear as counsel for Suno and practice in this Court *pro hac vice*. The certifications of Atty. Lovejoy, Atty. Gass, Atty. Wetzel, Atty. Dukanovic, and Atty. McLaughlin are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: October 20, 2026

Respectfully submitted,

*/s/ Shlomo Fellig*
Shlomo Fellig (BBO #699643)
**LATHAM & WATKINS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000

shlomo.fellig@lw.com

*Counsel for Defendant Suno, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Suno has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiffs have indicated they do not oppose this motion.

*/s/ Shlomo Fellig*
Shlomo Fellig

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 20, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig