**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS |

**CERTIFICATION OF GRACE MCLAUGHLIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Grace McLaughlin, hereby state as follows:

1. I am an associate at Latham & Watkins LLP, located at 1271 Avenue of the Americas, New York, New York 10020.

2. I have been retained to represent Defendant Suno, Inc. ("Suno") in the above-captioned action and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the states of Illinois and New York, and before the U.S. District Courts for the Eastern District of New York and Southern District of New York, as well as the U.S. Court of Appeals for the Second Circuit.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2026

*/s/ Grace McLaughlin*
Grace McLaughlin