**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:26-cv-14275 (FDS) |

**DECLARATION OF ALEXANDER R. PERRY**

I, Alexander R. Perry, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am an associate at the law firm of Hueston Hennigan LLP, 1 Little West 12th Street, 2nd Floor, New York, NY 10014, my office number is (212) 715-1121, and my email is aperry@hueston.com.

2. I am admitted to practice law in the state of New York. I am also admitted to practice before the United States District Courts for the Eastern District of New York and the Southern District of New York, as well as the United States Court of Appeals for the Ninth Circuit.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2026

______________________________
Alexander R. Perry