**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:26-cv-14275 (FDS) |

**DECLARATION OF MOEZ M. KABA**

I, Moez M. Kaba, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a partner at the law firm of Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, CA 90014, my office number is (213) 788-4543, and my email is mkaba@hueston.com.

2. I am admitted to practice law in the states of New York and California. I am also admitted to practice before the United States District Courts for the Central District of California, Northern District of California, Southern District of California, Central District of Illinois, Eastern District of Arkansas, District of Colorado, Western District of Michigan, Western District of

Texas, and Southern District of New York, as well as the United States Court of Appeals for the First, Second, Fourth, Ninth, Tenth, and Eleventh Circuits, and the United States Supreme Court.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2026

Moez M. Kaba