**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendant.

Case No. 1:26-cv-14275 (FDS)

**ASSENTED–TO MOTION FOR ADMISSION *PRO HAC VICE***
**OF MARIAH N. RIVERA**

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Mariah N. Rivera, Hueston Hennigan LLP, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1. Ms. Rivera's business address is 1 Little West 12th Street, 3rd Floor, New York, NY 10014, telephone number, (646) 891-5049; email, mrivera@hueston.com.

2. As stated in her declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Ms. Rivera is a member in good standing of the bar of the State of New York, has been admitted to practice in a number of federal courts, and there are no disciplinary proceedings pending against her.

3. Ms. Rivera is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for Plaintiffs is on record.

5. Counsel for Defendant Suno, Inc. assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Ms. Rivera to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Alexandra Arnold*

Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Telephone: (617) 481-0160
aarnold@clohertysteinberg.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on October 20, 2026, I conferred with counsel for Defendant Suno, Inc., who assented to the relief requested herein.

Dated: October 23, 2026

*/s/ Alexandra Arnold*________________
Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on October 23, 2026.

*/s/ Alexandra Arnold*
Alexandra Arnold