**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS |

**<u>DEFENDANT SUNO, INC.'S MOTION TO STAY</u>**

Defendant Suno, Inc., by and through its undersigned counsel, respectfully moves to stay the above-captioned action pending resolution of summary judgment in *UMG Recordings, Inc. v. Suno, Inc.*, No. 24-cv-11611 (D. Mass.). The basis for this motion is set forth in the memorandum of law filed herewith.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Joseph R. Wetzel*
Andrew M. Gass (*pro hac vice*)
Joseph R. Wetzel (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
Ivana Dukanovic (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
andrew.gass@lw.com
brittany.lovejoy@lw.com
joe.wetzel@lw.com
ivana.dukanovic@lw.com

Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
shlomo.fellig@lw.com

Grace McLaughlin (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-2967
grace.mclaughlin@lw.com

*Counsel for Defendant Suno, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that that counsel for Suno, Inc. conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in Suno's Motion to Stay. Plaintiffs oppose this motion.

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 30, 2026 to those identified as non-registered participants.

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel