**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS |

**DECLARATION OF IVANA DUKANOVIC IN SUPPORT OF DEFENDANT SUNO, INC.'S MOTION TO STAY**

I, Ivana Dukanovic, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at Latham & Watkins LLP and counsel of record for Suno, Inc. in the above-captioned action. I am admitted to practice in the State of California, and I have been admitted *pro hac vice* in this matter. I submit this declaration in support of Suno's motion to stay the above-captioned action.

2. Attached as Exhibit A is a true and correct copy of email correspondence between counsel for Suno and counsel for Plaintiffs regarding this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2026 in Hillsborough, California.

Ivana Dukanovic

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 30, 2026 to those identified as non-registered participants.

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel