# Exhibit A

**Grace McLaughlin (NY)**

**From:** Alexander Perry <aperry@hueston.com>
**Sent:** Tuesday, October 13, 2026 1:58 PM
**To:** Grace McLaughlin (NY); Andrew Gass (Bay Area); Britt Lovejoy (Bay Area); #C-M SUNO UMG LITIGATION - LW TEAM
**Cc:** Moez M. Kaba; Rajan Trehan; Christina V. Rayburn; Mariah Rivera
**Subject:** RE: Suno II

Grace:

Plaintiffs do not consent to a stay of *Suno II*, and we intend to oppose any such application from Suno. Please note Plaintiffs' opposition in your motion if you decide to file one.

Suno is still exploiting Plaintiffs' recordings. Pausing discovery into Suno's relevant, ongoing conduct would not conserve the parties' or the Court's resources. It would only delay resolution of claims about ongoing infringement while the record on that conduct gets older and less complete.

Plaintiffs are willing to discuss reasonable ways to coordinate the two actions so that work is not duplicated where the issues overlap. We do not believe a stay is the appropriate way to do that.

All rights reserved.

Regards,
Alex

**Alexander Perry**

**HUESTON HENNIGAN** LLP

D: 212.715.1121
aperry@hueston.com
Biography

**From:** Grace McLaughlin (NY) <Grace.McLaughlin@lw.com>
**Sent:** Monday, October 12, 2026 12:10 PM
**To:** Alexander Perry <aperry@hueston.com>; Andrew Gass (Bay Area) <Andrew.Gass@lw.com>; Britt Lovejoy (Bay Area) <Britt.Lovejoy@lw.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** RE: Suno II

Alex,

Please let us know your position on Suno's intended motion to stay and whether Plaintiffs will agree to join that motion. In light of the upcoming deadline to respond to the complaint, please provide your position no later than October 14.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

---

**From:** Alexander Perry <aperry@hueston.com>
**Sent:** Monday, October 5, 2026 7:39 PM
**To:** McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** RE: Suno II

Grace:

We are still considering Suno's proposal to seek a stay of the subsequently filed action against Suno. We will share Plaintiffs' position on Suno's forthcoming stay application this week.

Regards,
Alex

**Alexander Perry**

**HUESTON HENNIGAN LLP**

D: 212.715.1121
aperry@hueston.com
Biography

---

**From:** Grace.McLaughlin@lw.com <Grace.McLaughlin@lw.com>
**Sent:** Friday, October 2, 2026 2:41 PM
**To:** Alexander Perry <aperry@hueston.com>; Andrew.Gass@lw.com; Britt.Lovejoy@lw.com; SUNOUMGLITIGATION.LWTEAM@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** RE: Suno II

Alex,

Thank you for your response. Suno intends to seek a stay of *Suno II* pending resolution of *Suno I*. Staying the second litigation, which involves substantially the same parties and claims, will conserve the resources of both the parties and the Court and will ensure that the proceedings in *Suno II* are informed by the Court's treatment of the overlapping issues presented in *Suno I*. Please let us know your position by Monday, October 5.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**

1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

---

**From:** Alexander Perry <aperry@hueston.com>
**Sent:** Wednesday, September 30, 2026 7:45 PM
**To:** McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** RE: Suno II

Grace,

Plaintiffs had already initiated service of the complaint in the second Suno action when your request came in. Service of the complaint was effectuated on Suno's registered agent in Delaware yesterday (9/29) at 3:05 pm ET. Suno's time to respond to the complaint is therefore governed by FRCP 12(a)(1)(A)(i). Because Suno has been served, the Rule 4(d) waiver procedure does not apply.

If Suno decides to file a motion, rather than answer the complaint, we are happy to discuss a reasonable briefing schedule.

Regards,
Alex

**Alexander Perry**

**HUESTON HENNIGAN LLP**

D: 212.715.1121
aperry@hueston.com
Biography

---

**From:** Grace.McLaughlin@lw.com <Grace.McLaughlin@lw.com>
**Sent:** Tuesday, September 29, 2026 1:29 PM
**To:** Alexander Perry <aperry@hueston.com>; Andrew.Gass@lw.com; Britt.Lovejoy@lw.com; SUNOUMGLITIGATION.LWTEAM@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** RE: Suno II

Alex,

Thank you for your message. Consistent with Federal Rule of Civil Procedure 4, Suno would like to propose waiver of service of process in exchange for a 60-day extension to its time to respond to Plaintiffs' Complaint, to run from the date we receive the waiver request form. Please let us know if you are amenable.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

**From:** Alexander Perry <aperry@hueston.com>
**Sent:** Friday, September 18, 2026 9:53 AM
**To:** Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>
**Subject:** Suno II

Counsel:

We write to advise you that Plaintiffs will be filing a new complaint against Suno today, as a separate related action consistent with the Court's August 18, 2026 order (Dkt. 272).

The list of approximately 60,000 works in suit that will accompany this forthcoming complaint reflects certain further removals and additions. It is otherwise substantially similar to the list previously filed on the public docket in connection with Plaintiffs' motion for leave to amend.

We will provide a courtesy copy once the complaint is on file.

Regards,
Alex

**Alexander Perry**

**HUESTON HENNIGAN LLP**

D: 212.715.1121
T: 213.788.4340
aperry@hueston.com
Biography

1 Little W 12th St
2nd Floor
New York NY 10014

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication

will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.