**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Ivana Dukanovic of Latham & Watkins LLP, 505 Montgomery Street, San Francisco, CA 94111 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Ivana Dukanovic*

Ivana Dukanovic
**LATHAM & WATKINS LLP**
505 Montgomery Street Suite 2000
San Francisco, CA 94111-6538
Telephone: (617) 948-6000
ivana.dukanovic@lw.com

*Counsel for Defendant Suno, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 30, 2026, to those identified as non-registered participants.

*/s/ Ivana Dukanovic*
Ivana Dukanovic