**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,

Plaintiffs,

vs.

SUNO, INC., and JOHN DOES 1-10,

Defendants.

Case No. 1:26-cv-14275-FDS

**DECLARATION OF RAJAN S. TREHAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO DEFENDANT SUNO, INC.'S MOTION TO STAY**

I, Rajan S. Trehan, declare as follows:

1. I am a partner at the law firm Hueston Hennigan LLP, counsel for Plaintiffs in this action and in the related action *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS (D. Mass.) ("*Suno I*"). I submit this declaration in support of Plaintiffs' Memorandum of Law in Partial Opposition to Defendant Suno, Inc.'s Motion to Stay. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of an email chain exchanged between counsel for Plaintiffs and counsel for Suno in *Suno I*, the most recent message of which

is a February 13, 2026 email from Brittany N. Lovejoy of Latham & Watkins LLP, counsel for Suno, to counsel for Plaintiffs.

3. Attached as Exhibit B is a true and correct copy of an excerpted email chain exchanged between counsel for Plaintiffs and counsel for Suno in *Suno I*, consisting of a July 23, 2026 email from Sean Shih of Latham & Watkins LLP, counsel for Suno, to counsel for Plaintiffs, and a July 27, 2026 email from Mariah N. Rivera of Hueston Hennigan LLP, counsel for Plaintiffs, in response. Exhibit B has been redacted in part to cover information that Suno has designated as confidential under the protective order entered in *Suno I.* None of the redacted material is relevant to the Court's determination of the motion, and Plaintiffs do not submit or rely on this material in connection with this motion.

4. Attached as Exhibit C is a true and correct copy of an excerpted email chain exchanged between counsel for Plaintiffs and counsel for Suno in *Suno I*, the most recent message of which is an October 23, 2026 email from Ivana Dukanovic of Latham & Watkins LLP, counsel for Suno, to counsel for Plaintiffs. Exhibit C has been redacted in part to cover information that Suno has designated as confidential under the protective order entered in *Suno I.* None of the redacted material is relevant to the Court's determination of the motion, and Plaintiffs do not submit or rely on this material in connection with this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of November, 2026, in Los Angeles, California.

Rajan S. Trehan
*Counsel for Plaintiffs*