# EXHIBIT A

**From:** Britt.Lovejoy@lw.com
**To:** Chinyere.Amanze@lw.com; Alexander Perry; Andrew.Gass@lw.com; Blake.Davis@lw.com; Grace.McLaughlin@lw.com; Joe.Wetzel@lw.com; Nathan.Taylor@lw.com; Sy.Damle@lw.com; Shlomo.Fellig@lw.com; Steve.Feldman@lw.com; suno.lwteam@lw.com
**Cc:** Moez M. Kaba; Rajan Trehan; Christina V. Rayburn; Mariah Rivera; Joseph Aronsohn; Samuel Givertz
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc., No. 24 Civ. 11611 (FDS) | Discovery Disputes
**Date:** Friday, February 13, 2026 8:09:57 PM

---

Alex:

Suno agrees to respond to Interrogatory Nos. 2-5, 8-13, and 20-21 through version model V.5 in a manner consistent with its prior responses, which reflect the parties' negotiations regarding the scope of those interrogatories.

We will hold our response on that issue from the draft that we send over, as we expect this moots the matter.

Britt

**Britt Lovejoy**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.8329 | M: +1.510.366.1829

---

**From:** Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>
**Sent:** Thursday, February 12, 2026 4:47 PM
**To:** Amanze, Chinyere (NY) <Chinyere.Amanze@lw.com>; Alexander Perry <aperry@hueston.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Davis, Blake (Bay Area) <Blake.Davis@lw.com>; McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; Feldman, Steve (NY-LA) <Steve.Feldman@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Samuel Givertz <sgivertz@hueston.com>
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc., No. 24 Civ. 11611 (FDS) | Discovery Disputes

Counsel:

Confirming we will revert with a response here tomorrow.

Britt

---

**From:** Amanze, Chinyere (NY) <Chinyere.Amanze@lw.com>
**Date:** Wednesday, Jan 28, 2026 at 2:22 PM
**To:** Alexander Perry <aperry@hueston.com>, Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>, Davis, Blake (Bay Area) <Blake.Davis@lw.com>, Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>, McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>, Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>, Taylor, Nathan (NY) <Nathan.Taylor@lw.com>, Damle, Sy (DC-NY) <Sy.Damle@lw.com>, Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>, Feldman, Steve (NY-LA) <Steve.Feldman@lw.com>, #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>, Rajan Trehan <rtrehan@hueston.com>, Christina V. Rayburn <crayburn@hueston.com>, Mariah Rivera <mrivera@hueston.com>, Joseph Aronsohn <jaronsohn@hueston.com>, Samuel Givertz <sgivertz@hueston.com>
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc., No. 24 Civ. 11611 (FDS) | Discovery Disputes

Counsel,

We are working diligently to respond to your four dispute statements and will respond as soon as practicable given attorney and client travel this week. We note, however, that Plaintiffs took eight business days to respond to the dispute statements we recently submitted to the Court (*see* P. Sanders December 5, 2025 Email to A. Perry; A. Perry December 16, 2025 Email to P. Sanders) and we still have not received a response to the dispute statement we served seven business days ago. *See* P. Sanders January 20, 2026 Email to A. Perry.

Best,

**Chinyere Amanze***

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: 1.212.906.3026

*Admitted to practice in the District of Columbia and Maryland only.

---

**From:** Alexander Perry <aperry@hueston.com>
**Sent:** Monday, January 26, 2026 9:41 AM
**To:** Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Davis, Blake (Bay Area) <Blake.Davis@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; Feldman, Steve (NY-LA) <Steve.Feldman@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V.

Rayburn <crayburn@hueston.com>; Mariah Rivera <mrivera@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Samuel Givertz <sgivertz@hueston.com>
**Subject:** UMG Recordings, Inc. v. Suno, Inc., No. 24 Civ. 11611 (FDS) | Discovery Disputes

Counsel,

The parties have crystallized disputes concerning Suno's document collection cutoff, custodian list, interrogatory responses, and responses to Plaintiffs' third set of document requests. Plaintiffs intend to request an informal conference with Judge Levenson to discuss these issues. Please provide Suno's responsive positions to the summaries outlined in the attached letter by close of business on **Friday, January 30**.

Regards,
Alex

**Alexander Perry**

**HUESTON HENNIGAN LLP**

D: 212.715.1121
T: 213.788.4340
aperry@hueston.com
Biography

1 Little W 12th St
2nd Floor
New York NY 10014

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.