# EXHIBIT B

**From:** Mariah Rivera
**To:** Sean.Shih@lw.com; Ivana.Dukanovic@lw.com; Alexander Perry; Paris.Sanders@lw.com; Britt.Lovejoy@lw.com; Moez M. Kaba; Rajan Trehan; Christina V. Rayburn; Robert N. Klieger; Joseph Aronsohn; Samuel Givertz; jzk@cll.com; aarnold@clohertysteinberg.com; dcloherty@clohertysteinberg.com; kdoroshow@riaa.com; jtracer@riaa.com
**Cc:** suno.lwteam@lw.com
**Subject:** RE: Suno/UMG - Unresolved Discovery Disputes for Omnibus M&C
**Date:** Monday, July 27, 2026 9:23:59 AM

Sean,

Thank you. Plaintiffs will accept Suno's compromise regarding the scope of model discovery. Plaintiffs expressly reserve all rights with respect to the scope of discovery into any additional models Suno releases during the pendency of this litigation.

Please find Plaintiffs' responses to the technical topics included in Lucy's July 16 email below. In addition, to ensure the parties are on the same page regarding these Topics, Plaintiffs intend to send a list of questions for the designee prior to the deposition, similar to Suno's letter with questions regarding financial information provided before the deposition of Mr. Gallien. The purpose would be to ensure the relevant designees are prepared to answer our questions and to accommodate Suno's position that it not unnecessarily seat the same witness more than once.

Plaintiffs reserve all rights.

| Topic | Suno's Offer | Plaintiffs' Response |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| | | |
|---|---|---|
| | [redacted] | |
| [redacted] | [redacted] | [redacted] |

**Mariah Rivera**
D: 646.891.5049

---

**From:** Sean.Shih@lw.com <Sean.Shih@lw.com>
**Sent:** Thursday, July 23, 2026 7:45 PM
**To:** Ivana.Dukanovic@lw.com; Alexander Perry <aperry@hueston.com>; Mariah Rivera <mrivera@hueston.com>; Paris.Sanders@lw.com; Britt.Lovejoy@lw.com; Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Robert N. Klieger <rklieger@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Samuel Givertz <sgivertz@hueston.com>; jzk@cll.com; aarnold@clohertysteinberg.com; dcloherty@clohertysteinberg.com; kdoroshow@riaa.com; jtracer@riaa.com
**Cc:** suno.lwteam@lw.com
**Subject:** RE: Suno/UMG - Unresolved Discovery Disputes for Omnibus M&C

Counsel,

We write to follow up on Suno's July 5 email regarding the parties' dispute over the scope of model discovery. In that email, Suno proposed the following compromise:

- Suno would provide 30(b)(6) testimony on Version 5.5.
- With respect to Version 6, Suno would provide 30(b)(6) testimony on (a) any new features and functionality Suno publicly announced or is developing as a result of the agreement, including new creation tools and artist collaboration opportunities; and (b) how Suno's product, model, or training-data composition changed or will change for Version 6.

More than two weeks have passed with no response from Plaintiffs. That silence, together with

Plaintiffs' continued failure to narrow the technical 30(b)(6) topics, is creating unnecessary uncertainty and disrupting Suno's ability to efficiently prepare for the technical 30(b)(6) depositions of Mr. Tao and Mr. Kucsko.

Please confirm by EOD tomorrow, July 24 whether Plaintiffs accept Suno's proposal, reject it, or intend to make a counterproposal. Suno continues to believe its proposal offers a reasonable path to narrowing the parties' dispute and avoiding unnecessary motion practice or deposition disruption. But Suno cannot remain in a holding pattern indefinitely while awaiting Plaintiffs' position.

Regards,
Sean

**Y. Sean Shih**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.4608

---

**From:** Dukanovic, Ivana (Bay Area) <Ivana.Dukanovic@lw.com>
**Sent:** Monday, July 6, 2026 1:26 AM
**To:** Alexander Perry <aperry@hueston.com>; Mariah Rivera <mrivera@hueston.com>; Sanders, Paris (NY) <Paris.Sanders@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Robert N. Klieger <rklieger@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Samuel Givertz <sgivertz@hueston.com>; jzk@cll.com; aarnold@clohertysteinberg.com; dcloherty@clohertysteinberg.com; kdoroshow@riaa.com; jtracer@riaa.com
**Cc:** #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Subject:** RE: Suno/UMG - Unresolved Discovery Disputes for Omnibus M&C

Alex,

Your characterization of Suno's scheduling of Mr. Tao's deposition as a "delay tactic" is inaccurate and the record makes that clear. If anything, it is Plaintiffs' own conduct that has disrupted the deposition schedule. Plaintiffs have cancelled three depositions—including Ms. Bruh's deposition, which was cancelled as counsel for Suno was boarding a cross-country flight. Meanwhile, Mr. Sinclair's deposition is being rescheduled as a result of Plaintiffs' improper demand for testimony regarding the Warner settlement, despite Judge Levenson's prior ruling that discovery into that agreement is inappropriate because of, inter alia, the chilling effect it could have on settlements.

Plaintiffs agreed at the June 16 meet and confer to provide narrowed categories for the technical 30(b)(6) topics (Topics 2, 3, 18, 99, and 100) so Suno could prepare its designees, including Mr. Tao. More than two weeks later, Plaintiffs have still not done so—including in your email below. We flagged this issue in my June 14 email, in my June 22 email, again at the June 24 omnibus conferral, again in our June 29 memorialization email—where we stated expressly (among other issues) that Suno "cannot prepare a Rule 30(b)(6) witness to testify about every subdirectory, file, or possible