**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ALAMO RECORDS, LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, RECORDS LABEL, LLC, SONY MUSIC ENTERTAINMENT US LATIN, LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:26-cv-14275-FDS<br><br>**Leave to File Declaration Granted on 11/25/2026** |

**DECLARATION OF BRITTANY N. LOVEJOY IN SUPPORT OF DEFENDANT SUNO, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY**

I, Brittany N. Lovejoy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel of record for Suno, Inc. in the above-captioned action. I am admitted to practice in the State of California, and I have been admitted *pro hac vice* in this matter. I submit this declaration in support of Suno's Reply Memorandum of Law in Support of its Motion to Stay the above-captioned action.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Deposition Transcript of Tara Bruh, dated September 16, 2026.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Deposition Transcript of Kim Beauchamp, dated September 30, 2026.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Deposition Transcript of Jack Brody, dated September 29, 2026.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the Deposition Transcript of Jeremy Paul Sirota, dated August 10, 2026.

6. Attached as **Exhibit E** is a document reflecting the Rule 30(b)(6) topics on which Suno's CEO, Mikey Shulman, has been designated as Suno's corporate representative.

7. Attached as **Exhibit F** is a true and correct copy of an excerpt from the Deposition Transcript of Antonio Rodriguez, dated September 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026 in Lafayette, CA.

Brittany N. Lovejoy

**CERTIFICATE OF SERVICE**

I hereby certify that true, unredacted versions of the foregoing document and all accompanying exhibits were served by electronic mail on all counsel of record this 20th day of November, 2026.

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy