# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs. CASE NO. 1:24-CV-11611-FDS

SUNO, INC.,

Defendant.

______________________________________________________

*** HIGHLY CONFIDENTIAL ***

VIDEO-RECORDED DEPOSITION OF KIM BEAUCHAMP

VIA VIDEO CONFERENCE

Wednesday, September 30, 2026

Stenographically Reported by: Ashley Soevyn,

California CSR No. 12019

Job No. SF 8346252

Q Have you seen these documents before?
A Yes, this looks familiar.
Q Can you recall when you saw these documents before if you've seen them?
A I think Alex showed me this one yesterday. I'm pretty sure I saw it before that, but I can't remember a specific date.
Q Looking at Exhibit 4 titled "Sound Recordings at Issue", I'd like to direct your attention to rows one through 385. And then rows 436 through 555. Let me know when you've reviewed.
A I'm sorry. Say the row numbers again?
Q Sure. So one through 385 and then 436 through 555, please.
A Okay. Yeah.
Q You understand that those are the works that UMG and Capitol Records have asserted in the complaint, correct?
A Yeah.
Q And you're prepared to testify as to the deposit copies submitted as to those works, correct?
A I believe so. I mean, you know, there is a lot of recordings here. So I have this aid where we've broken down the actual tracks that I've reviewed. I can't say without going line by line in

this document that it matches this. But if, you know, if they match what is on this sheet, then yes. If it doesn't, then no.

Q Okay.

A I'm sorry. There is just a lot to just, you know, I don't want to misstate here.

Q Looking at the fourth column titled "Registration Number" that lists the copyright registrations UMG has asserted are associated with the works in this lawsuit, right?

A That's what it appears to represent.

Q And you were not personally involved with the registration applications for any of those works, right?

A That is correct.

Q Do you know who was responsible for those registrations?

A I do not.

Q Okay. If you can take a look at Exhibit 4 at row 469, do you see the work, "Voulez-Vous" by Abba?

That's row 469, please.

A Yes, I see it.

Q And the registration number listed for that sound recording is SR0000010318, right?