# Exhibit C

Array

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC., and JOHN DOES 1-10,

Defendant.

Case No. 1:24-cv-11611(FDS)

CERTIFIED COPY

CONFIDENTIAL

ATTORNEYS' EYES ONLY

[HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY]

Video Deposition of JACK BRODY taken on behalf of Plaintiffs at 523 W. 6th Street, Suite 400, Los Angeles, California commencing at 9:17 a.m. on Tuesday, September 29, 2026, before Rebecca A. Harp, Certified Shorthand Reporter No. 11895.

answered.

THE WITNESS: I think there are very few things when you are joining a startup where you can eliminate all doubt.

BY MR. TREHAN:

**Q Let's talk about your current knowledge today. You have now been serving as the chief product officer at Suno for about two years.**

[redacted]

BY MR. TREHAN:

**Q How did you gain that understanding?**

A Chatting with people on the team.

**Q** [redacted]

[redacted]

**Q You responded the following day with a revised graphic, and you say -- you tweet -- the text of your tweet was fixed it, correct?**

A Yes.

**Q And the revised graphic reflected a dot in the far right corner for Suno V5, right?**

MS. DUKANOVIC: Objection. Misstates the document.

THE WITNESS: I do think that is right, yes.

BY MR. TREHAN:

**Q How did you prepare that graphic?**

A I am not sure.

**Q Do you know whether or not you prepared it?**

A Yes. I may have used Figma or something. Screenshoted the original chart and then used that Figma design tool to add the Suno V5. up top.

**Q Did that reflect testing you had actually done on Suno V5?**

MS. DUKANOVIC: Objection. Scope.

THE WITNESS: I believe this was more of a kind of satirical directionally correct response here just indicating that V5 had come a really long way since V3.5.

BY MR. TREHAN:

**Q Had come a really long way in what respect?**

MS. DUKANOVIC: Objection. Scope.

THE WITNESS: It's perceived quality which was, as I understand it, one of the dimensions in which these Elo ratings operate.

BY MR. TREHAN:

**Q And those Elo ratings are based on actual human responses, correct?**

MS. DUKANOVIC: Objection. Scope. Foundation.

THE WITNESS: I think that is part of it. I am not positive.

BY MR. TREHAN:

**Q Was your Suno V5. based on any actual human responses?**

MS. DUKANOVIC: Objection. Scope.

THE WITNESS: Not that I am aware of, but it is possible.

BY MR. TREHAN:

**Q Regardless, you believed that Suno V5 reflected an advancement by several magnitudes over any other model that your competitors had released. Is that right?**

MS. DUKANOVIC: Objection. Scope.

THE WITNESS: Do you mean by like orders of magnitude? I think this suggested some linear fashion.

But, yes, I believe it was a better model than the previous models that were shown here.

BY MR. TREHAN:

**Q Did you have any basis for that belief at this time?**

MS. DUKANOVIC: Objection. Form.

THE WITNESS: I don't recall exactly what the basis for that was. I am sure there was some basis.

BY MR. TREHAN:

**Q Do you know what any of your competitors' models were trained on?**

MS. DUKANOVIC: Objection. Form. Lacks foundation.

THE WITNESS: I don't know the specifics of what competitors trained their models on.

MS. DUKANOVIC: Also, this is outside the scope.

BY MR. TREHAN:

**Q Let me ask a different question.**

**Do you know whether or not any of the competitors that you identified that operate in the generative music space have utilized unlicensed copyrighted recordings?**

MS. DUKANOVIC: Objection. Scope. Calls for legal conclusion.

THE WITNESS: I don't know how other models were trained.

BY MR. TREHAN:

**Q But you believe that those companies are competitors of Suno regardless of whether or not they used unlicensed copyrighted recordings?**

MS. DUKANOVIC: Objection. Vague. Calls for legal conclusion.

THE WITNESS: I believe if a company offers a generative AI music creation service to consumers, they are competing with us.

BY MR. TREHAN:

**Q Okay. Do you believe that the quality of Suno training data has permitted it to create a better model than its competitors?**

MS. DUKANOVIC: Objection. Scope.

THE WITNESS: I don't know specifically what role that may or may not have played in the quality of our models.

BY MR. TREHAN:

**Q When you are considering who your current competitors are or the features, services, and training impact vis-à-vis your considered competition, what are you looking at?**

A I'm sorry, can you restate the question?

Q Sure. So the prior question was, do you think that the quality of Suno's training data has permitted it to create a better model than its competitors. And I am asking simply in respect to Topic 25, which concerns how Suno's features, services, and training impact its position vis-à-vis its considered position.

A I see.

Q What role training data plays in that?

A [redacted]

Q [redacted]

[redacted]

MS. DUKANOVIC: Objection. Form.

[redacted]

[redacted]

[redacted]

**Q Okay. One of the features that we discussed earlier was off-line mode. Do you recall that?**

A I do.

MR. TREHAN: So this is Exhibit 11.

(Exhibit 11 marked.)

that.

BY MR. TREHAN:

**Q Okay. Did Suno attempt to carry out any formal market research as to whether or not that would be a feature that users wanted?**

A I think there were probably various forms of informal research conducted on that front. I don't know if there was -- I don't believe there was a formal study specifically targeting that request.

**Q Do you know if there was a survey conducted?**

A I don't believe so.

**Q You already referenced this, but since January 2026, Suno replaced a reference to an artist name with a map of various style tags that correlate to that artist, correct?**

A That's right.

**Q For example, a reference to Taylor Swift might map to pop, singer-songwriter, something of that nature?**

A Yes.

**Q How did Suno determine what specifically replaces the artist's name?**

A I believe that there is a general mapping of descriptions to artists that is widely available, that the system can better kind of understand how people are

[redacted]

MR. TREHAN: Okay. Let's go ahead and take a break and go off the record.

VIDEOGRAPHER: We are going off the record. The time is 4:53.

(Off the record.)

VIDEOGRAPHER: We are back on the record. The time is 5:11.

BY MR. TREHAN:

**Q We are now going to move to Topic 70 and 75.**

**You're Suno's designee on these topics which concern in general the actual or currently contemplated market for which Suno has or intends to advertise, market, or otherwise publicize its AI service.**

**Then it specifies several specific markets that would be encompassed by this topic including streaming, sync, commercial licensing for sound**

**recordings, the market for training data, the market for terrestrial and digital radio and the market for derivatives.**

**Do you see that?**

A I do.

**Q What markets does Suno currently advertise market or otherwise publicize its AI service?**

A In the market of generative music creation.

**Q What about with respect to these specific markets, does it advertise market or otherwise publicize its service with respect to any of the listed markets?**

A No.

**Q What did you do to determine whether or not Suno was advertising, marketing, or otherwise publicizing its AI service with respect to any of those listed markets?**

A I met with counsel, reviewed some documents, and I am exposed to the way in which we advertise, market, or publicize our AI service over the general course of my job.

**Q Earlier in discussing a separate issue, you referenced a very large amount of content that is created by Suno's marketing team.**

**Do you recall that?**

A I do.

**Q Did you review any of that content?**

MS. DUKANOVIC: Objection. Form.

THE WITNESS: I come across a lot of that content in the daily course of my role.

BY MR. TREHAN:

**Q Did you review any of that content in preparation for your testimony on these topics?**

A I don't believe so.

[redacted]

[redacted]

**Q How much did Suno spend on marketing?**

MS. DUKANOVIC: Objection. Scope.

You can answer if you know in your personal capacity.

THE WITNESS: I don't know the specific number.

MR. TREHAN: I am going to hand you what has been marked as Exhibit 13.

(Exhibit 13 marked.)

BY MR. TREHAN:

**Q Exhibit 13 is Suno's amended and supplemental responses and objections to plaintiff's interrogatories, Number 21, 22, and 24.**

**Have you reviewed this ever before?**

A Can I take a minute to review it now to --

**Q I actually only need you to review a single one of the responses. There is many of these that have nothing to do with you so --**

MS. DUKANOVIC: You can take your time to review the document.

joined.

BY MS. DUKANOVIC:

**Q You also recall we spent some significant time today discussing Topics 70 and 75 with respect to your 30(b)(6) testimony.**

**Do you recall that?**

A I do.

**Q As chief product officer, can you describe what your day-to-day responsibilities include with respect to how Suno's product is marketed and publicized?**

MR. TREHAN: Is this in his 30(b)(6) capacity or personal capacity?

MS. DUKANOVIC: 30(b)(6).

THE WITNESS: As the chief product officer, I am involved in the overall product strategy and the services we provide and the market within which we operate, which is the generative music creation market.

BY MS. DUKANOVIC:

**Q Do you recall Mr. Trehan asked you a number of questions about Suno's relationship to various submarkets, streaming, sync, commercial licensing, training data, radio and derivatives?**

MR. TREHAN: Objection. Mischaracterizes questions, but...

THE WITNESS: I do.

BY MS. DUKANOVIC:

**Q Can you describe what Suno actually advertises and markets to its users?**

MR. TREHAN: Objection. Vague. Leading.

THE WITNESS: We advertise and market our product as a generative music creation tool for creating original music. That is the market within which we operate and advertise in.

BY MS. DUKANOVIC:

**Q Taking one example, Mr. Trehan asked you questions about, in Topics 70 and 75, the market for training data.**

**Does Suno advertise market or publicize its AI service as a product for the training data market?**

A I took this topic to mean does Suno sell any training data and provide services within that market to which the answer is no. We do not.

**Q And that was your understanding with respect to this specific submarket in the context of these 30(b)(6) topics?**

MR. TREJAN: Objection. Leading. Vague.

THE WITNESS: That's correct.

BY MS. DUKANOVIC:

[redacted]

[redacted]

[redacted]

[redacted]

BY MS. DUKANOVIC:

**Q And to be clear that was the -- your understanding of the scope of Topic 70 and 75?**

A Yes.

MR. TREHAN: Objection. Vague.

MS. DUKANOVIC: That is all the questions I have.

I am just going to state for the record that