# Exhibit D

# FILED UNDER SEAL