# Exhibit E

## M. Shulman Designated 30(b)(6) Topics

**Topic No. 19:** The general conceptualization of Suno's music-generative AI service, including its founders and employees. Scope to include the persons involved in generally conceptualizing Suno's music-generative AI service (inclusive of founders, employees, and investors).

**Topic No. 53:** The document Bates-stamped SUNO_00024777.

**Topic No. 78 and 79:** In general, Suno's understanding of its current or likely impact on the market for sound recordings.

**Topics 80, 81, and 82:** Pre- and post-suit discussions of licensing sound recordings as training data for Suno's generative music AI service/tool. Scope to exclude Warner settlement agreement.

**Topic No. 88:** In general, the non-privileged scope of Suno's pre-suit understanding of copyright law, as applied to Suno.

**Topic No. 93:** Suno's pre-suit awareness, knowledge, and/or understanding of the copyright owners of the sound recordings Suno allegedly downloaded, copied, and/or reproduced in the process of developing its training data and/or AI Models, including any pre-suit investigation it performed or efforts it undertook to identify the copyright owners of specific sound recordings.

**Topic No. 94:** Suno's policies and procedures in place related to notices or complaints received about alleged copyright violations, to the extent such information is not privileged.

**Topic No. 95:** The notices or complaints Suno has received related to purported copyright violations, to the extent such information is not privileged.

**Topic No. 105:** Suno's corporate structure.

**Topic No. 110:** In general, Suno's pre-suit correspondence with Plaintiffs and/or the RIAA.

**Topic No. 112:** Suno's licensing considerations inside and outside the walled-garden framework, including the terms it considered and the reasons it did or did not consummate such arrangements. Scope to exclude Warner settlement agreement.

**Topic No. 113:** Facts in Suno's custody or control that it intends to use in support of its copyright misuse defense.